Affirmed and Memorandum Opinion filed February 5, 2004









Affirmed and Memorandum Opinion filed February 5,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00721-CR

____________

 

HECTOR DELGADO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 338th District
Court

Harris County, Texas

Trial Court Cause No.
893,066

 



 

M E M O R A N D U M  
O P I N I O N

Appellant entered a plea of guilty to the offense of
murder.  On May 21, 2003, the trial court
sentenced appellant to confinement for thirty-five years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a
professional evaluation of the record demonstrating why there are no arguable
grounds to be advanced.  See High v.
State, 573 S.W.2d 807 (Tex. Crim.
App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 5, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman. 

Do Not Publish C Tex. R.
App. P. 47.2(b).